IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHERYL OWENS,                      *
                                   *
          Plaintiff,               *
                                   *
vs.                                *     No. 2:09CV00124 SWW
                                   *
RAY NASSER, ET AL.,                *
                                   *
          Defendants.              *

## ORDER

Before the Court is the parties' joint motion to extend the discovery deadline. The motion [docket entry15] is granted. The discovery deadline is extended to May 10, 2010.

DATED this 25th day of March, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE