# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

SHERYL OWENS

vs.                              NO.   2:09CV00124    SWW

RAY NASSAR, ET AL

### ORDER OF DISMISSAL

The Parties having reached a settlement in this matter, plaintiff has filed a motion to dismiss this action with prejudice.

IT IS THEREFORE ORDERED that the motion to dismiss [doc #42] the above-styled case is ***granted*** and this action hereby is dismissed with prejudice.

DATED this 18th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE